```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

HANCOCK COUNTY COMMISSION;

    Plaintiff,

v.                             Civil Action No. 5:18CV10

PURDUE PHARMA L.P.;
PURDUE PHARMA INC.;
THE PURDUE FREDERICK COMPANY, INC.;
MARK RADCLIFFE; MARK ROSS;
PATTY CARNES;
TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.;
JANSSEN PHARMACEUTICALS, INC.;
ORTHO-MCNEILJANSSEN PHARMACEUTICALS, INC.,
n/k/a Janssen Pharmaceuticals, Inc.;
JANSSEN PHARMACEUTICA, INC.,
n/k/a Janssen Pharmaceuticals, Inc.;
JOHNSON & JOHNSON;
ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
ALLERGAN plc; ACTAVIS plc;
ACTAVIS, INC.; ACTAVIS, LLC;
ACTAVIS PHARMA, INC.;
WATSON PHARMACEUTICALS, INC.;
WATSON PHARMA, INC.;
WATSON LABORATORIES, INC.;
MCKESSON CORPORATION;
CARDINAL HEALTH, INC.;
AMERISOURCEBERGEN DRUG CORPORATION;
RITE AID OF MARYLAND, INC.;
KROGER LIMITED PARTNERSHIP II;
CVS INDIANA, L.L.C.;
WALMART STORES EAST, LP;
GOODWIN DRUG COMPANY;
WEST VIRGINIA BOARD OF PHARMACY;
DAVID POTTERS; EDITA P. MILAN, M.D.;
TRESSIE MONTENE DUFFY, M.D.;
EUGENIO ALDEA MENEZ, M.D.;
SCOTT JAMES FEATHERS, D.P.M.;
and AMY LYNN BEAVER, P.A.-C,

    Defendants.

**ORDER TRANSFERRING CIVIL ACTION**

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned judge deems himself disqualified and, therefore, it is hereby ORDERED that the above-styled civil action is transferred to and placed on the docket of the Honorable John Preston Bailey.

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:   January 19, 2018

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE